UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY C. WISE,

     Plaintiff,

                                No. 3:18-cv-13851

v

                                HON. ROBERT H. CLELAND

RYAN MORO AND WILLIAM
DOBBERSTEIN, Michigan State        MAG. DAVID R. GRAND
Police Officers, in the individual
capacity, together with JARED
MONTGOMERY,

     Defendants.

_____/

Larry C. Wise
Plaintiff in Pro Per
P.O. Box 356
Byron, MI 48418
(248) 701-5755

Mark E. Donnelly (P39281)
Attorney for Defendants Moro and Dobberstein
Michigan Department of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573

_____/

**<u>ORDER OF DISMISSAL</u>**

The parties to this case, in a stipulation (entitled Plaintiff's Notice of Voluntary Dismissal) e-filed on January 24, 2020, that this action is dismissed with prejudice and without costs or fees to any party.

Consistent with the parties' stipulation (entitled Plaintiff's Notice of Voluntary Dismissal) e-filed on January 24, 2020, **IT IS ORDERED** that this case is **DISMISSED** in its entirety with prejudice and without costs or fees to any party.

Dated; January 30, 2020

s/Robert H. Cleland
HON. ROBERT H. CLELAND
U. S. District Court Judge